**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 3, 2023.**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00502-CV

## IN RE KELSEY-SEBOLD MEDICAL GROUP, P.L.L.C. AND DEEPALI PATNI, M.D., Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-79130**

## MEMORANDUM OPINION

On July 18, 2023, relators Kelsey-Sebold Medical Group, P.L.L.C. and Deepali Patni, M.D. filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable C. Elliott Thornton, presiding judge of the 164th District Court of Harris County, to vacate the trial court's June 2, 2023 order

denying relators' traditional and no-evidence summary judgment motion on plaintiff's informed consent claim.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Poissant.